# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GOLDEN RIDGE RICE MILLS, LLC            PLAINTIFF

VS.          NO. 2:18-CV-00122-JM

CINDY MITCHELL, MINDY CHEZEM
AND BLACK RIVER COMMODITIES, LLC         DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Upon Joint Stipulation for Dismissal With Prejudice (Doc. #12) entered in this case on December 27, 2018, it appears to the Court that this case has been settled and that plaintiff's Complaint and any amendments thereto should be and are hereby dismissed with prejudice. All claims asserted and all claims that could have been asserted are forever barred.

IT IS SO ORDERED.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

DATE: 1/23/2019